FILED
February 27, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:14-CR-00045-MCE-1 |
| v. | ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| DAVID M. LEWIS, | ) | |
| Defendant. | ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __DAVID M. LEWIS__, Case No. __2:14-CR-00045-MCE-1__, Charge __18 USC § 1349__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✓  Release on Personal Recognizance

__  Bail Posted in the Sum of $_____

__  Unsecured Appearance Bond

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

✓  (Other)  __Pretrial Conditions as stated on the record__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __February 27, 2014__ at __2:00pm__.

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court