UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. LEWIS, D.M.D., et al., | Civ. No. S-13-0574 KJM EFB |
| Plaintiffs, | |
| v. | |
| WILLIAM MICHAEL STEMLER, et al., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cr. No. S-14-0045 MCE |
| v. | |
| DAVID M. LEWIS, | ORDER |
| Defendant, | |

The court has received the Notice of Related Cases concerning the above-captioned cases filed February 21, 2014. *See* Local Rule 123. The court has, however, determined relating and reassigning Criminal No. S-14-0045 MCE to Civil No. S-13-0574 KJM EFB would not be likely to effect a substantial savings of judicial effort because of the difference between the questions of fact and law involved in each action.

IT IS SO ORDERED.

DATED: March 14, 2014.

_____
UNITED STATES DISTRICT JUDGE

1