UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID M. LEWIS,<br><br>    Defendant. | No.  2:14-cr-00045 MCE<br><br>**NOTICE OF RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOL LOMACK aka NICHOL RAMIREZ,<br><br>    Defendant. | No.  2:14-cr-00056 JAM |

    The Court has received the Notice of Related Case filed on March 6, 2014.

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

1

1  Accordingly, the assignment of the matters to the same judge is likely to effect a
2  substantial savings of judicial effort and is also likely to be convenient for the parties.
3      The parties should be aware that relating the cases under Local Rule 123 merely
4  has the result that both actions are assigned to the same judge; no consolidation of the
5  action is effected.  Under the regular practice of this court, related cases are generally
6  assigned to the district judge to whom the first filed action was assigned.
7      IT IS THEREFORE ORDERED that the action denominated 2:14-cr-00056,
8  United States of America v. Nichol Lomack aka Nichol Ramirez is reassigned to Judge
9  Morrison C. England, Jr. for all further proceedings, and any dates currently set in this
10 reassigned case only are hereby VACATED.  Henceforth, the caption on documents
11 filed in the reassigned case shall be shown as 2:14-cr-00056 MCE.
12     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
13 adjustment in the assignment of criminal cases to compensate for this reassignment.
14     IT IS SO ORDERED.
15 Dated:  March 17, 2014

    MORRISON C. ENGLAND, JR, CHIEF JUDGE
    UNITED STATES DISTRICT COURT