Malcolm Segal (SBN 075481)
Emily E. Doringer (SNB 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edroinger@segal-pc.com

Attorneys for Defendant
DAVID M. LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 2:14-CR-00045 MCE |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| DAVID M. LEWIS, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and  through defendant's counsel of record, hereby stipulate as follows:

1. By previous orders, this matter was set for status on September 18, 2014.

2. By this stipulation, defendant now moves to continue the status conference until  December 4, 2014, and to exclude time between September 18, 2014 and December 4, 2014, under Local  Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

    a.     The discovery associated with this case includes investigative reports and documents obtained through the criminal investigation in electronic form that exceed 12,000 pages.  This discovery has been produced directly to counsel.

    b.     The United States is continuing to process additional discovery which will be produced directly to counsel as well as will be making available items such as including forensic copies of x-rays and other medical records for review by counsel.

    c.     Counsel for defendant desires additional time to conduct an investigation and research relating to the charges, review discovery, consult with his client, and to otherwise prepare for trial.

    d.     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e.     The government does not object to the continuance.

    f.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 18, 2014 to December 4, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of

justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: September 12, 2014         **SEGAL & ASSOCIATES, PC.**


/s/ Malcolm Segal_____
MALCOLM SEGAL
Counsel for Defendant
David Lewis


Dated:  September 12, 2014        BENJAMIN B. WAGNER
                                  United States Attorney


 /s/ Todd A. Pickles_____
TODD A. PICKLES
Assistant United States Attorney


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 15, 2014


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT