Malcolm Segal (SBN 075481)
Emily E. Doringer (SNB 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
DAVID M. LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:14-CR-00045 MCE |
| Plaintiff, | **STIPULATION CONCERING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| DAVID M. LEWIS, | |
| Defendant. | |

## STIPULATION

Defendant, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.      By previous order, a status conference in this matter was set for June 18, 2015 at 9:00 a.m.

1

1

2      2.      Since the time of the Court's previous order on April 24, 2015, the

3  parties have engaged in the following:

       a.      The United States has made available original film x-rays and

               other original medical records for review by defense counsel.

               Defense counsel and a defense expert traveled to the office of

               the Department of Labor in San Francisco, California on May 8,

               2015 to review the original film x-rays and patient files.

       b.      Defense counsel continues to consult with experts in dentistry

               and with his client, and continues to otherwise prepare for

               further proceedings and trial.  Defense counsel will meet with

               the defense expert on June 19, 2015 , and will confer further

               with his client following that discussion.

       c.      Defense counsel has engaged an investigator to assist in

               locating and interviewing potential defense witnesses.

       d.      Defense counsel has also focused on identifying and

               researching multiple evidentiary and other legal issues likely to

               be of import in this matter.

19     3.      Counsel for defendant believes that failure to grant a continuance

20  would preclude reasonable and necessary time for effective preparation, taking

21  into account the exercise of due diligence.  The government does not object to the

22  requested continuance.

23     4.      By this stipulation the parties request that the status conference

24  currently scheduled on June 18, 2015 be continued until July 30, 2015 at 9:00 a.m.

25  and for the time between June 18, 2015 and July 30, 2015 to be excluded under

26  Local Rule T4.

27     5. Based on the foregoing, the ends of justice served by continuing the

28  case as requested outweigh the interest of the public and the defendant in a trial

1   within the original date prescribed by the Speedy Trial Act.  For the purpose of

2   computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within

3   which trial must commence, the time period from June 18, 2015 to July 30, 2015,

4   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

5   Code T4] because it  results from a continuance granted by the Court at

6   defendant's request on the basis of the Court's finding that the ends of justice

7   served by taking such action outweigh the best interest of the public and  the

8   defendant in a speedy trial.  Nothing in this stipulation and order shall preclude a

9   finding that other provisions of the  Speedy Trial Act dictate that additional time

10  periods are excludable from the period within which a trial  must commence.

11        **IT IS SO STIPULATED.**

12

13  Dated: June 9, 2015          **SEGAL & ASSOCIATES, PC.**

14

15                              /s/ Malcolm Segal_____
                                MALCOLM SEGAL
16                              Counsel for Defendant David Lewis

17

18  Dated:  June 9, 2015         BENJAMIN B. WAGNER
                                United States Attorney
19

20                               /s/ Todd A. Pickles_____
                                TODD A. PICKLES
21                              Assistant United States Attorney

22

23

24

25

26

27

28
                              3

**ORDER**

IT IS HEREBY ORDERED that the Status Conference scheduled for June 18, 2015, is continued to July 30, 2015 at 9:00 a.m.  It is further ORDERED that under the Speedy Trial Act the time between June 18, 2015 and July 30, 2015, inclusive, is hereby excluded under Local CodeT4, and 18 U.S.C.§§ 3161(h)(7)(A), B(iv), to ensure adequate time for preparation of counsel.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and therefore excludes time through July 30, 2015.

IT IS SO ORDERED.

Dated:  June 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

4