Malcolm Segal (SBN 075481)
Emily E. Doringer (SNB 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
DAVID M. LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID M. LEWIS,<br><br>    Defendant. | Case No: 2:14-CR-00045 MCE<br><br>**STIPULATION CONCERING SENTENCING HEARING; ORDER** |

## STIPULATION

Defendant, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.  By previous order, a sentencing hearing was rescheduled and set for April 14, 2016 at 10:00 a.m.

2.  By this stipulation the parties request that the sentencing hearing be continued for three weeks, until May 5, 2016 at 10:00 a.m., or any time thereafter convenient to the Court.  While the parties are fully prepared to proceed with the

**1**
**STIPULATION CONCERNING SENTENCING HEARING; ORDER**

hearing, Defendant's wife, on whom he relies for support, is unavailable and out of the city on April 14, 2016 because of a previous obligation. She and the Defendant have been married for more than 30 years, and understandably, her presence at his sentencing hearing is deeply important to both of them.

3. Based on the foregoing, the parties request that sentencing in this matter be continued to May 5, 2016 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: April 7, 2016  **SEGAL & ASSOCIATES, PC.**

/s/ Malcolm Segal_____
MALCOLM SEGAL
Counsel for Defendant David Lewis

Dated: April 7, 2016  BENJAMIN B. WAGNER
United States Attorney

/s/ Todd A. Pickles_____
TODD A. PICKLES
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: April 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT