PHILLIP A. TALBERT
Acting United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID M. LEWIS,<br><br>    Defendant. | CASE NO.  2:14-CR-0045 MCE<br><br>STIPULATION RE: RESTITUTION; ORDER |

The United States, through the undersigned Assistant United States Attorney, defendant David M. Lewis, through his undersigned counsel of record, and party-in-interest Northern California General Teamsters Security Fund, by and through its undersigned counsel, hereby stipulate and jointly request that, pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A(c)(1)(A)(ii) and the plea agreement, restitution be ordered payable to the following individual and entities in the following amounts and that the judgment in this case be amended accordingly.

| | Entity/Individual | Amount |
|---|---|---|
| 1. | Northern California General Teamsters Security Fund | $716,722.92 |
| 2. | Mary Lou Nush | $9,581.83 |
| | | **$726,304.75 (Total)** |

It is further stipulated between defendant Lewis and the Northern California General Teamsters Security Fund that if Lewis pays $300,000.00 to the Northern California General Teamsters Security Fund no later than July 14, 2016, this will constitute full and complete satisfaction of all restitution owed to the Northern California General Teamsters Security Fund, and the Northern California General Teamsters Security Fund will forever waive any claim to any balance of restitution ordered by the Court in this matter.

The United States and Lewis further stipulate and request that the restitution hearing set for June 30, 2016 at 10:00 a.m. be vacated and that the matter be closed.

IT IS SO STIPULATED.

Dated:                                    Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          By: _____
                                          TODD A. PICKLES
                                          Assistant U.S. Attorney

                                          For the United States of America


Dated:                                    SEGAL AND ASSOCIATES, PC

                                          By: _____
                                          MALCOLM SEGAL, ESQ.
                                          EMILY DORINGER, ESQ.

                                          For defendant David M. Lewis


Dated:                                    BEESON, TAYER & BODINE

                                          By: _____
                                          JOHN PROVOST, Esq.

                                          For party-in-interest Northern California General
                                          Teamsters Security Fund

STIPULATION RE: RESTITUTION                 2

**ORDER**

This matter comes before the Court on the parties Stipulation re: Restitution. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation. IT IS HEREBY ORDERED THAT the defendant David M. Lewis shall pay restitution to the entities in the amounts as set forth in the parties' stipulation and that the Clerk of the Court shall amend the judgment accordingly. The restitution hearing set for July 14, 2016 at 10:00 a.m. is hereby VACATED and the matter is closed.

IT IS SO ORDERED.

Dated: July 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE