Malcolm Segal (SBN 075481)
Emily E. Doringer (SNB 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
DAVID M. LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID M. LEWIS,<br>Defendant. | Case No: 2:14-CR-00045 MCE<br>**DEFENDANT'S REQUEST TO AMEND PRESENTENCE INVESTIGATION REPORT AND ORDER** |

The defendant, David M. Lewis, through his counsel, Emily E. Doringer and Malcolm Segal, hereby requests that the Court order the Presentence Investigation Report ("PSR") to be amended to include information pertinent to the Bureau of Prisons staff coordinating the defendant's placement. This request is based on the following facts and information.

David Lewis pled guilty to one count of health care fraud, and on May 5, 2016, he was sentenced to a 46-month term of imprisonment.  In connection with the sentencing proceedings, the defendant met with the Probation Office to provide background information. During this process, the defense counsel and the Probation Office were not aware the defendant was struggling with substance abuse issues related to alcohol.

The defendant turned in, as ordered, to the camp at USP Atwater, on July 14, 2016.   During the intake process, the facility's mental health and substance abuse professionals and the defendant's counselor, Mr. Reyes, were able to employ their assessment skills to question Mr. Lewis and ascertain his history of alcohol abuse.  BOP staff at the facility informed the defendant's wife (Joan Lewis) that in their professional opinion, the defendant's rehabilitative efforts would greatly benefit from his participation in a BOP substance abuse program available in Oregon.  To effectuate that placement, the facility staff indicates a need to amend the PSR immediately to include information concerning the defendant's issues with alcohol.

Based on the foregoing, it is respectfully requested that the PSR be amended to include the following language: "David Lewis has struggled with alcohol dependency for the last several years.  It is typical for him to isolate himself from friends and family and to drink excessively at night. This affects his ability to function well day to day.  Mr. Lewis has not previously disclosed or sought any type of counseling or treatment for his problem with abusing alcohol. Mr. Lewis also reports a history of drug abuse in his family, including his brother and sister."

///

///

///

///

Prior to making this request to amend the PSR, defense counsel Emily E. Doringer communicated with both Supervising Probation Officer Scott Storey and AUSA Todd Pickles regarding the request. Mr. Storey and Mr. Pickles indicated no objection to the defendant's request to amend the PSR.

Respectfully Submitted,

Dated: July 25, 2016            **SEGAL & ASSOCAITES, PC**

By: /s/ Emily E. Doringer_____
EMILY E. DORINGER
Attorneys for Defendant

By: /s/ Malcolm Segal_____
MALCOLM SEGAL
Attorneys for Defendant

### ORDER

For the reasons set forth above, it is hereby ordered that the Presentence Investigation Report in this matter be amended to include reference to the defendant's alcohol dependence and abuse, as stated herein above.

IT IS SO ORDERED.

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE