# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Senior United States District Judge<br>Sacramento, California | **RE: David M. Lewis**<br>**Docket Number: 2:14CR00045-01**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

David M. Lewis is requesting permission to travel to Istanbul, Turkey. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 5, 2016, Mr. Lewis was sentenced for the offense of 18 USC 1347, Health Care Fraud (Class C Felony).

**Sentence Imposed:** He was sentenced to 46 months custody in the Bureau of Prisons; 24 months Supervised Release; $100 Special Assessment (Paid), $75,000 fine (Paid), and $726,305.75 Restitution (Paid).

**Dates and Mode of Travel:** From September 28, 2019, through October 5, 2019, via United Airlines, Flight No.: MDQEYJ.

**Purpose:** Business

**RE:	David M. Lewis
	Docket Number:  2:14CR00045-01
	PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated:	September 26, 2019
	Fresno, California
	AG

**REVIEWED BY:**	*/s/ Tim D. Mechem*
	**Tim D. Mechem
	Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**DATED:  September 27, 2019**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX