MCGREGOR W. SCOTT
United States Attorney
BRIAN FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00045 MCE |
|---|---|
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| DAVID M. LEWIS, | |
| Defendant. | |

The United States of America requests that Assistant U.S. Attorney Brian Fogerty be added as counsel of record for the plaintiff in the above-referenced case and added to the service list of actions. Also, please remove Attorney Todd Alexander Pickles as lead counsel of record for plaintiff from the above-referenced case and remove him from the service list of actions.

Dated: November 1, 2019

MCGREGOR W. SCOTT
United States Attorney

By: /s/ *BRIAN FOGERTY*
BRIAN FOGERTY
Assistant United States Attorney

DESIGNATION OF COUNSEL