McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID M. LEWIS,<br><br>        Defendant. | CASE NO. 2:14-CR-45-MCE<br><br>STATEMENT OF NON-OPPOSITION<br><br>DATE: November 14, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

Based on the assigned probation officer's support for the early termination of defendant David M. Lewis' term of supervised release, the government does not oppose Lewis' motion for early termination of supervised release. ECF No. 67.

Dated: November 12, 2019                McGREGOR W. SCOTT
                                         United States Attorney

                                         By: /s/ BRIAN A. FOGERTY
                                             BRIAN A. FOGERTY
                                             Assistant United States Attorney

STATEMENT OF NON-OPPOSITION                     1