Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
DAVID M. LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. LEWIS,<br><br>Defendant. | Case No: 2:14-CR-00045 MCE<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Judge: Hon. Morrison England |

Before the Court is a Motion for Early Termination of Supervised Release, filed by Defendant David M. Lewis. (ECF No. 67); Assistant United States Attorney Brian Fogerty filed a statement of non-opposition on behalf of the government (ECF No. 69).

///

///

///

-1-

Order Granting Motion for Early Termination of Supervised Release

Having read and considered the Motion and supporting exhibits, and for good cause shown and pursuant to 18 U.S.C. § 3583(e), the Court hereby **GRANTS** Defendant Lewis's Motion for Early Termination of Supervised Release; it is further Ordered that termination is to be effective as of November 15, 2019.

    IT IS SO ORDERED.

Dated: November 19, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE